UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rafael Rodriguez,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Kmart Corporation, a Michigan corporation licensed to do business in the State of Minnesota,<br><br>　　　　　　Defendant. | Court File No.: 05-1246 MJD/JGL<br>Case Type: Personal Injury<br><br><br>**ORDER<br>EXTENDING TRIAL DATE** |

## **ORDER**

Based upon the foregoing Stipulation of the parties, the Court makes the following Order:

**IT IS HEREBY ORDERED** that the dates contained in the previous Scheduling Order are hereby amended as follows:

1.　This case shall be considered "ready for trial" as of December 15, 2006.

Dated this 15th day of May, 2006.

　　　　　　　　　　　　　　　　BY THE COURT


　　　　　　　　　　　　　　　　s / Michael J. Davis
　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　U.S. District Court Judge

Doc. Num.  700703