# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Civil File No. 05-1246 (MJD/JGL)

Rafael Rodriguez,

                   Plaintiff,   **ORDER FOR DISMISSAL**

vs.

Kmart Corporation, a Michigan corporation licensed to do business in the State of Minnesota,

                   Defendant.

## ORDER

On reading and filing the Stipulation of Dismissal without Prejudice filed herein (Docket Document No. 9):

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                   BY THE COURT

Dated: July 17, 2006                 s / Michael J. Davis
                                                  The Honorable Michael J. Davis
                                                  United States District Court

709367.1