# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Rafael Rodriguez, | Civil File No. 05-1246 (MJD/JGL) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Kmart Corporation, a Michigan corporation licensed to do business in the State of Minnesota, | |
| Defendant. | |

## ORDER

On reading and filing the Stipulation of Dismissal without Prejudice filed herein (Docket Document No. 9):

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: July 17, 2006
s / Michael J. Davis
The Honorable Michael J. Davis
United States District Court

709367.1