AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Rafael Rodriguez,

V.

Kmart Corporation, a Michigan corporation
licensed to do business in the State of Minnesota,

**JUDGMENT IN A CIVIL CASE**

Case Number:   05-1246 MJD/JGL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-entitled action be and the same is hereby dismissed without prejudice.

July 19, 2006                                                            RICHARD D. SLETTEN, CLERK
Date

                                                                                          s/Rena L. Riemer
                                                        (By)           Rena Lexvold Riemer,   Deputy Clerk

Form Modified:  09/16/04